SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 12 2016
CLERK, U.S. DISTRICT COURT
By ________ Deputy

# United States District Court

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

**COMPLAINT**

JERRY WAYNE SMITH

CASE NUMBER: 3-16-MJ-820-BN

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about June 8, 2016, and continuing through October 4, 2016, in the Dallas Division of the Northern District of Texas, defendant(s) did,

> knowingly mail or transport or ship, using any means or facility of interstate or foreign commerce, or in affecting interstate or foreign commerce by by any means, including by computer, any visual depiction, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct,

in violation of Title 18, United States Code, Section(s) 2252A(a)(1);

> knowing receives any child pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in in affecting interstate or foreign commerce by any means, including by computer, any visual depiction, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct,

in violation of Title18, United States Code, Sections 2252A(a)(2)(A); and

> knowing possesses, or knowingly accesses with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce shipped or transported in affecting interstate or foreign commerce by any means, including by computer, any visual depiction, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct,

in violation of Title 18, United States Code, Sections 2252A(a)(5)(B).

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

See attached Affidavit of Special Agent Jennifer Mullican, which is incorporated and made a part hereof by reference. Continued on the attached sheet and made a part hereof: XX Yes No

Signature of Complainant
Jennifer Mullican
Special Agent, FBI

Sworn to before me and subscribed in my presence, on this 12th day of October, 2016, at Dallas, Texas.

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, Jennifer Mullican, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state the following:

## INTRODUCTION

1. I have been a Special Agent with the FBI since October 2003. During my time as a Special Agent, I have investigated cases involving public corruption, white-collar crimes, and violent crimes. I am currently assigned to the FBI's Child Exploitation Task Force, in Dallas, Texas. As a FBI Special Agent, I am authorized to investigate violations relating to child exploitation and child pornography, including the transportation, receipt, distribution, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have gained experience in conducting these investigations through training and through everyday work, including executing search warrants and interviewing individuals who possess and trade child pornography. I have also received training relating to the Innocent Images National Initiative, which includes training in the investigation and enforcement of federal child pornography laws in which computers and other digital media are used as a means for receiving, transmitting, and storing child pornography.

2. As a federal agent, I am authorized to investigate violations of Unites States laws and to execute warrants issued under the authority of the United States. During such investigations, I have observed and reviewed numerous examples of child pornography, as defined in 18 U.S.C. § 2256, in all forms of media, including computer media. I have been involved in numerous child pornography investigations and I am very familiar with

the tactics used by child pornography offenders who collect and distribute child pornographic material.

3. The statements contained in this affidavit are based on information provided by the Dallas Police Department (DPD); written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation and analysis by FBI agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent with the FBI. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause to believe that Jerry Wayne Smith did knowingly commit the offenses described herein.

4. This affidavit is submitted in support of a criminal complaint charging Jerry Wayne Smith, with violations of 18 U.S.C. § 2252A(a)(1), transportation of child pornography, 18 U.S.C. § 2252A(a)(2)(A), receipt of child pornography, and with 18 U.S.C. § 2252A(a)(5)(B), possession of child pornography. There is probable cause to believe that from on or about June 8, 2016, and continuing through October 4, 2016, in the Northern District of Texas, Jerry Wayne Smith committed the offenses described above.

## OVERVIEW OF INVESTIGATION

5. On or about October 6, 2016, I received information from Detective Eric Weast, DPD, Internet Crimes Against Children (ICAC) Unit, regarding Jerry Wayne Smith (Smith), a City of Dallas employee, who was reported by his co-workers as possessing and viewing child pornography while at his place of employment.

6. Specifically, Detective Weast advised that on or about October 3, 2016, three witnesses informed their supervisor that they observed Smith viewing child pornography on his personal cell phone while sitting in the employee break room of the City of Dallas Make-Ready facility, 501 North Leatherneck Place, Dallas, Texas, 75211. The supervisor asked each witness to provide a written statement and DPD was subsequently notified of the incident.

7. On October 3, 2016, and October 4, 2016, detectives with DPD-ICAC interviewed the three witnesses. The first witness, herein referred to as "W1," advised Detective Weast that on or about September 30, 2016, he was preparing his lunch in the work facility break room when he observed Smith using his cell phone. W1 observed Smith viewing images of young girls on his cell phone and W1 estimated the girls to be no older than eleven years old. Additionally, W1 advised Detective Weast that some of the images he observed Smith viewing depicted nude girls whose genitals were exposed and who were posed in a sexually explicit manner.

8. Furthermore, W1 advised that, on or about October 3, 2016, he again observed Smith viewing nude images of young girls in the facility break room. On this day, while Smith was viewing these images in the break room, W1 motioned to another co-worker, herein referred to as "W2," to come and observe Smith's activity.

9. Detective Weast's interview of the second witness revealed that he too observed Smith using his cell phone to view images of young girls on what W2 believed was an Internet website. W2 stated that the young girls on Smith's cell phone were clothed but posed in a sexual manner. W2 described one image he observed Smith viewing was of a female child bent over while an adult male posed behind her in a sexual manner.

10. DPD-ICAC Detective Chris DeLeon interviewed the third witness, herein referred to as "W3," who reported that on or about October 3, 2016, a co-worker informed him that Smith was viewing inappropriate images of children on a cell phone while in the break room. W3 went to the facility break room and he observed Smith browsing through pictures of young girls on an Internet website similar by design to Facebook. W3 observed one image depicting a young girl, approximately five to eleven years old, who was nude from the waist up. W3 also stated that he was unable to observe if the girl was wearing panties.

11. Based upon the information provided by these witnesses, on or about October 4, 2016, Detective Weast interviewed Smith in a private office at Smith's place of employment. Detective Weast identified himself and explained the

allegations that were being investigated. During the interview, Smith retrieved his Apple iPhone 5S (Apple iPhone) from his person and showed Detective Weast that he browsed images of young children on the website i####c.ru. (This website is redacted due to ongoing investigations involving this website. I am familiar with this website as I am aware that child erotica and child pornography images are hosted from this website). Smith told Detective Weast that while some of the images on the website were of nude children, he did not seek out those images. Smith identified the Apple iPhone in his possession was his only cell phone.

12. Smith denied Detective Weast consent to search his Apple iPhone and, consequently, Detective Weast seized Smith's Apple iPhone. Detective Weast told Smith that he was seizing the Apple iPhone in order to obtain a search warrant to search the Apple iPhone. Before concluding the interview, Detective Weast inquired of Smith if there was anything on his Apple iPhone that investigators would find and that Smith would like to discuss. Smith admitted to Detective Weast that nude images of female children would be found on the Apple iPhone. Smith stated that he saved the images to his cell phone but Smith stated that he saved the images for a non-sexual reason. Smith confirmed that Detective Weast might also locate images of nude male children on his Apple iPhone.

13. The interview was concluded and Detective Weast secured the Apple iPhone in the DPD-ICAC evidence room located at 1400 S. Lamar Street Dallas, Texas. On or about October 6, 2016, Detective Weast obtained a State of Texas

search warrant to search Smith's Apple iPhone. On this date, Detective Weast forensically extracted the contents of Smith's Apple iPhone.

14. Consequently, I have reviewed the contents of the Apple iPhone and I observed multiple image files depicting child pornography and a few video files depicting child pornography. Based upon these findings, I conducted a review of the third party messaging application extracted from the Apple iPhone by Detective Weast. Over 800 messages were observed in the application and several messaging strings were observed to have multiple attachments. I examined approximately 150 messaging exchanges and observed Smith trading files of child pornography in both individual and group messages.

15. For example, on or about September 24, 2016, Smith shared files of child erotica and child pornography as user "j####1102" and vanity name "C#### M####" with user "lew####ss" and vanity name "Lewis m," herein referred to as "Lewis." (The names are redacted due to the ongoing investigation). The following are descriptions of select image files sent by Smith to Lewis:

| File Name | File Description |
|---|---|
| 2159abbf-ae97-42ac-99a8-7012a9c90032 | Image file depicting a nude prepubescent female child who is lying on her back on a blue pillow and red bedcover. A nude adult male is between the legs of the prepubescent female child and he is holding the child's legs open. The erect penis of the adult male is penetrating the genitals of the prepubescent female child. |
| a981eb04-2047-4fc3-9c97- | Image file depicting a nude |

| | |
|---|---|
| 57ea0b3e5d86 | prepubescent female child who is sitting on wood flooring and leaning back up against the wall. The legs of the prepubescent female child are spread open exposing her genitals in a lewd and lascivious manner. |

At the beginning of their messaging conversation, Lewis asked Smith if he traded and Smith replied, "Sure. Like what." Lewis then asked what Smith had and Smith replied "kids." Lewis replied that was good and Smith sent two images of child erotica. Lewis then asked Smith for files showing penetration and Smith sent the first image described above to which Lewis replied, "mmmm shes tight," and Smith then sent an affirmative reply.

16. On this date, the communication between Smith and Lewis began at approximately 9:20 a.m. (CST) and continued through approximately 10:18 a.m. (CST) the same day. The GPS location for Smith's Apple iPhone showed that on September 24, 2016, at approximately 6:30 p.m. (CST), Smith's Apple iPhone was located in close proximity to the Fort Worth Stockyards, Fort Worth, Texas, within the Northern District of Texas.

17. Additionally, during the forensic review, I observed messages where Smith received child pornography images and Internet links to other user's cloud accounts that the users reported to contain files of child pornography. For example, on or about June 8, 2016, Smith engaged in a conversation with user "BONG######" with vanity name "Andrew J####," herein referred to as "Andrew,"

who suggested Smith marry him so they could start their own nudist incestuous family. (The names are redacted due to the ongoing investigation). Within ten minutes, the two were exchanging images of child erotica and Smith sent Andrew an image of child pornography. As the conversation continued, Andrew asked Smith if he was molested and if Smith "had an old guy" when he was younger. Andrew then sent Smith an image of child pornography. The following is a description of one image file sent by Andrew and received by Smith:

| **File Name** | **File Description** |
|---|---|
| 680df369-5566-4511-8fca-2fc6b6f22594 | Image file depicting a prepubescent female child who is lying on her back between two older females. The legs of the prepubescent female child are spread open exposing her genitals in a lewd and lascivious manner. One older female wearing a pink shirt is holding a white sexual device against the genitals of the prepubescent female child. |

18. Within one minute of receiving the above described image, Smith sent Andrew an image file showing a prepubescent female child, who is kneeling in front of an adult male, whose pants are lowered and he is holding his erect penis in one hand. Their conversation continued about incest and Smith described the incestuous acts he preferred involved "little brothers and little sisters." When asked if he was going to play with his future children, Smith replied he probably would. Smith then told Andrew that he molested boys and girls whom he babysat when he was younger. Smith and Andrew exchanged additional image files of child pornography as they discussed sexual activity involving any children they may have.

19. During this conversation, Smith told Andrew that he was at work and that he worked in automotive parts. Smith advised Andrew that he did not get off work until 6:00 pm that day. I am aware that Smith is employed as a service part technician with the City of Dallas Make-Ready facility, 501 North Leatherneck Place, Dallas, Texas, 75211. I am aware that Smith's place of employment is located within the Northern District of Texas.

20. Subsequent to my survey of the messaging communications between Smith and others, I also reviewed the images extracted from the Apple iPhone. The following are description of image files observed on the Apple iPhone belonging to Smith:

| File Name | File Description |
|---|---|
| 04723e4c-8b37-4b0b-b099-9efb5ad28d91 | Image file depicting a prepubescent female child who is wearing some clothing and is lying on her back on the floor. The mouth, wrist, and legs of the prepubescent female child are bound with white tape and her legs are spread apart exposing her genitals in a lewd and lascivious manner. |
| 0a4a661f-d4c7-4fd0-b45d-7496fcaf193e | Image file depicting a nude prepubescent female child who is on her knees on a bed. A nude adult male can be observed lying on his back under the prepubescent female child. A second male can also be partially observed in the image. The mouth of the prepubescent female child is being penetrated by the erect penis of one adult male and the genitals of the prepubescent female child are being penetrated by the erect penis of the |

| | |
|---|---|
| | second adult male. |
| 397122d1-ebea-488b-8f42-bd908a59c86c | Image file depicting an infant who appears to be nude and is lying on their back. A partially clothed adult male can be observed in close proximity to the infant. The erect penis of the adult male is penetrating the mouth of the infant. |

21. Based on my training and experience, the image files possessed, shared, and received by Smith via the third party messenger application, and described in the above paragraphs, constitute child pornography, as defined by 18 U.S.C. § 2256(8). Additionally, I am aware that Apple iPhones are not manufactured in Texas, and, therefore, traveled in interstate and foreign commerce. Also, I am aware that the third party messenger application utilizes the Internet to send and receive messages.

## CONCLUSION

22. Based upon the aforementioned, I respectfully submit that there is probable cause to believe that Jerry Wayne Smith transported child pornography, in violation of 18 U.S.C. § 2252A(a)(1), received child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), and possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). In consideration of the above, there is probable cause to charge the defendant Jerry Wayne Smith with violations of 18 U.S.C. § 2252A(a)(1), 18 U.S.C. § 2252A(a)(2)(A), and 18 U.S.C. § 2252A(a)(5)(B). I therefore respectfully request the Court issue a warrant authorizing the arrest of Jerry Wayne Smith.

JENNIFER MULLICAN
SPECIAL AGENT, FBI

Subscribed and sworn to before me on October 12, 2016.

HONORABLE DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS